# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

AMBER KUHN,

    Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, WILLIAM DAVID ROTHSCHILD, in his individual capacity; LEWIS COUNTY; HAROLD SPROUSE, in h9is individual capacity; ROBERT BISHOP, in his individual capacity,

    Defendant.

Case No. C09-5325 FDB

ORDER GRANTING DEFENDANTS LEWIS COUNTY, SPROUSE, AND BISHOP'S MOTION TO DISMISS PLAINTIFF'S CAUSE OF ACTION "E"

    This matter comes before the Court on motion of Lewis County, Harold Sprouse, and Robert Bishop to dismiss Plaintiff's cause of action "E"(negligent training and supervision), for failure to comply with Washington's tort claim statute, RCW36.45.010, RCW 4.96.020(4). The Plaintiff has filed a response indicating she does not oppose the motion to dismiss her common law negligence calm against these defendants.

    There being no opposition, Defendants are entitled to dismissal of cause of action "E".

ORDER - 1

ACCORDINGLY;

IT IS ORDERED:

Defendants Lewis County, Sprouse, and Bishop's Motion to Dismiss Plaintiff's Cause of Action "E" [Dkt. # 13] is **GRANTED**.

DATED this 17th day of August, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2