UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMBER KUHN,<br><br>              Plaintiff,<br>  vs<br><br>DEPARTMENT OF SOCIAL & HEALTH SERVICES STATE OF WASHINGTON, et al.,<br><br>              Defendant. | CV09-5325FDB<br><br>MINUTE ORDER |

     NOW, on this 14th Day of April, 2010, the Court directs the Clerk to enter the following Minute Order:

     The Stipulation [Dkt. 26] to continue trial date and all pretrial deadlines filed April 5, 2010 is Granted.   All deadlines are hereby STRICKEN.

     A new scheduling order shall be issued upon reassignment of a new Judge.

The foregoing Minute Order entered at the direction of the Honorable Ronald B. Leighton, United States District Judge.

                                                           **/s/ Pat LeFrois**
                                                           Pat LeFrois
                                                           Courtroom Deputy