1
2
3
4
5
6
7
The Honorable Ronald B. Leighton

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

8
9

| | |
|---|---|
| AMBER KUHN, | NO. C09-5325 RBL |
|        Plaintiff, | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE |
|   v. | |
| WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, WILLIAM DAVID ROTHSCHILD, in his individual capacity; LEWIS COUNTY; HAROLD SPROUSE, in his individual capacity; ROBERT BISHOP, in his individual capacity, | |
|        Defendants. | |

10
11
12
13
14
15
16
17
18

19 THIS DAY CAME the Plaintiff, Amber Kuhn, by her attorneys, Daniel R. Fjelstad and

20 Kerry M. L. Smith, and the Defendants, Washington State Department of Social and Health

21 Services, and William David Rothschild, by their attorneys Robert M. McKenna, Attorney

22 General, and Thomas R. Knoll, Jr., Assistant Attorney General, and advised this Court that they

23 have reached a settlement whereby all claims against any State Defendants named herein have

24 been settled, compromised and agreed to by release;

25 UPON CONSIDERATION WHEREOF, it appearing to the Court that the claims set forth

26 in the Plaintiff's Complaint For Damages dated June 4, 2009, and filed herein has been settled,

STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE
NO. C09-5325 RBL

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

compromised and agreed to by release and that said Complaint For Damages should be dismissed

with prejudice, it is therefore;

ORDERED, ADJUDGED and DECREED that the Complaint For Damages heretofore

filed against all State Defendants named herein, is dismissed with prejudice and without costs or

interest to any party.


DATED this 22nd day of August 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

ROBERT M. MCKENNA
Attorney General


/s/ Thomas R. Knoll, Jr.
THOMAS R. KNOLL, JR.
Assistant Attorney General
Attorneys for State Defendants

SCOTT KINNEY & FJELSTAD


_____
DANIEL R. FJELSTAD, WSB #18025
Attorney for Plaintiff

SMITH & FJELSTAD


_____
KERRY M. SMITH, WSB# 18778
Attorney for Plaintiff

STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE
NO. C09-5325 RBL

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300

# CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2011, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Daniel Fjelstad          fjelstad@skf-law.com
Kerry M. Smith           smithandfjelstad@verizon.net

s/ Thomas R. Knoll, Jr.
THOMAS R. KNOLL, JR, WSBA No. 38559
Assistant Attorney General
Torts Division
P.O. Box 40126
Olympia, WA  98504-0126
(360) 586-6300

STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE
NO. C09-5325 RBL

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA  98504-0126
(360) 586-6300